# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00139-CR

**Randall Jones, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-17-302455, THE HONORABLE P. DAVID WAHLBERG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Randall Jones has filed a notice of appeal from the trial court's dismissal of his murder charge.[1]  In criminal cases, unless expressly authorized by statute, appellate courts only have jurisdiction to review judgments of conviction.  *Abbott v. State*, 271 S.W.3d 694, 696 (Tex. Crim. App. 2008) ("The standard for determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law."); *Glaze v. State*, 675 S.W.2d 768, 769-70 (Tex. Crim. App. 1984) (holding that neither court of appeals nor court of criminal appeals has jurisdiction to consider merits of case unless there is a conviction from which to appeal); *see* Tex. Code Crim. Proc. art. 44.02 ("A defendant in any criminal action has the right

---

[1] The charge was refiled against Jones in cause number D-1-DC-19-904002, which resulted in a judgment of conviction and, on February 12, 2019, the imposition of a forty-year prison term.  *See* Tex. Penal Code § 19.02.  In separate cause numbers in the trial court, Jones was also charged and convicted on February 12 of aggravated assault with a deadly weapon—family violence and aggravated assault with a deadly weapon.  *See id.* § 22.02.  Jones has separately filed notices of appeals from these judgments of conviction, and his appeals have been assigned cause numbers in this Court (03-19-00140-CR, 03-19-00141-CR, and 03-19-00199-CR).

of appeal under the rules prescribed . . . .").  The order that is the subject of this appeal is not a judgment of conviction, and there is no statute authorizing this appeal.  Accordingly, we dismiss this appeal for want of jurisdiction.

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Jurisdiction

Filed:   August 23, 2019

Do Not Publish